BEFORE THE SECOND DIVISION, JANUARY 12, 1940

No. 43003.—Protest 352803–G of B. Altman & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: laces and lace articles like those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), filet laces similar to those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), Normandy laces like those the subject of *United States* v. *Amrein* (26

id. 353, C. A. D. 40), and Alençon laces similar to the merchandise passed upon in *United States* v. *Caesar* (18 id. 106, T. D. 44067) at 75 percent under paragraph 1430. On the authority of *Robinson-Goodman* v. *United States* (17 id. 149, T. D. 43473) artificial flowers were held dutiable at 60 percent under paragraph 1419.